UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-2051-MD-ALTONAGA

In re

**DENTURE CREAM PRODUCTS
LIABILITY LITIGATION**.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiffs, Ronald Beaver, Alice Beaver, Willie Peterson, and Martha Ann Oates' (collectively, "Plaintiffs[']") Motion to Convene Initial Conference ("Motion") [D.E. 14], filed on June 15, 2009. The Court has carefully considered the Motion and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 14]** is **GRANTED**. An initial conference in the above-styled case is set for **July 8, 2009 at 1:30 p.m.**. One hour has been reserved for the conference; if the parties require additional time, they are to advise the Courtroom Deputy. The parties shall submit a joint proposed agenda for the initial conference on or before **July 2, 2009**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of June, 2009.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:  counsel of record