UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-2051-MD-ALTONAGA

*In re*

**DENTURE CREAM PRODUCTS
LIABILITY LITIGATION**.

_____/

This Document Relates to 9:09-CV-80625-CMA
*Chapman v. The Proctor & Gamble Distributing LLC*

### ORDER

**THIS CAUSE** comes before the Court upon the Defendant's Motion[s] to File Under Seal (the Motions") [ECF Nos. 1081, 1088], filed on April 28, and 29, 2011. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 1081, 1088]** are **GRANTED**.

This Order need not be entered under seal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of May, 2011.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record