**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 09-2051-MD-ALTONAGA**

*In re*:

**DENTURE CREAM PRODUCTS**
**LIABILITY LITIGATION**
_____/

This Document Relates to Case No.: 09-CV-80625-CMA
*Chapman v. The Procter & Gamble Distributing LLC*, *et al.*

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court pursuant to a Joint Stipulation of Dismissal

With Prejudice by and between Plaintiffs Marianne Chapman and Daniel Chapman (collectively

"Plaintiffs") and Defendants The Procter & Gamble Distributing LLC and The Procter & Gamble

Manufacturing Co. (collectively "Defendants"), which was filed with the Court on June 23, 2011.

(*See* [ECF No. 1262-1]). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Final judgment is entered against Plaintiffs on all claims alleged against Defendants.

2. Plaintiffs' claims against Defendants are **DISMISSED** in their entirety **WITH**

   **PREJUDICE**.

3. Each party must bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record