**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**Case No.: 09-MD-2051-ALTONAGA**

**In re:**

**DENTURE CREAM PRODUCTS**

**LIABILITY LITIGATION**

_____/

**This Document Relates to All Actions**

### MOTION FOR EXPANSION OF PAGE LIMIT TO FILE ONE OMNIBUS RESPONSE TO PROCTER & GAMBLE'S AND GLAXOSMITHKLINE'S MOTIONS RELATING TO REMAND

Plaintiffs, by and through their undersigned attorneys, file this Motion for Expansion of Page Limit to File One Omnibus Response to Procter & Gamble's ("P&G") and GlaxoSmithKline's ("GSK") Motions Relating to Remand, and in support thereof state the following:

1. On July 8, 2011, P&G filed a Motion to Deny Remand and Allow Further Consolidated Pretrial Proceedings Regarding the Issue of General Causation.

2. That day, GSK filed a separate Motion to Retain Cases and Claims Involving the GSK Defendants.

3. Plaintiffs seek to file a single omnibus response of thirty (30) pages in lieu of two separate twenty (20) page briefs in response to P&G's and GSK's Motions.

4. Local Rule 7.1(c)(2) limits opposing memorandum of law to twenty (20) pages in length.

5. Plaintiffs therefore move this Court to expand the page limit to thirty (30) pages for one Omnibus Response to P&G's Motion to Deny Remand and Allow Further Consolidated Pretrial Proceedings Regarding the Issue of General Causation and GSK's Motion to Retain Cases and Claims Involving the GSK Defendants.

6. This Motion is filed in good faith and for no undue purpose.

7. Pursuant to Local Rule 7.1(A)(3)(a), the undersigned counsel hereby certifies that the Parties have conferred with each other, and this Motion for Extension of Page Limit to

File One Omnibus Response to P&G's and GSK's Motions Relating to Remand is unopposed.

8. Pursuant to Local Rule 7.1, the Parties have attached a Proposed Order.

WHEREFORE, Plaintiffs respectfully request this Court expand the page limit for Plaintiffs' Omnibus Response to P&G's and GSK's Motions Relating to Remand to thirty (30) pages.

Dated: July 22, 2011                    Respectfully submitted,

**CHAFFIN LUHANA LLP**


By___ */s/ Eric T. Chaffin*          _____
                Eric T. Chaffin

Roopal P. Luhana
600 Third Avenue, 12th Floor
New York, New York 10016
Telephone: (347) 269-4472
chaffin@chaffinluhana.com
luhana@chaffinluhana.com


Andres F. Alonso
**PARKER WAICHMAN ALONSO LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Telephone:  (516) 466-6500
aalonso@yourlawyer.com


*Plaintiffs' Co-Lead Counsel*