# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 09-2051-MD-ALTONAGA

**In re:**

**DENTURE CREAM PRODUCTS
LIABILITY LITIGATION**
_____/

This Document Relates to Case No. 9:09-CV-80625-CMA
(Chapman v. The Procter & Gamble Distributing LLC)

### JOINT NOTICE OF FILING PROPOSED
### DISMISSAL AND FINAL JUDGMENT AND RENEWED MOTION

Plaintiffs, Marianne and Daniel Chapman, and Defendants, The Procter &

Gamble Distributing LLC and The Procter & Gamble Manufacturing Company

(collectively, "Procter & Gamble"), respectfully submit this notice of filing, which

attaches a proposed dismissal and final judgment (the "Proposed Order").

Plaintiffs and Procter & Gamble stand ready to accept the Proposed Order as

submitted if the Court deems it appropriate, because all parties believe the most

productive approach at this point would be the appellate review of this Court's *Daubert*

rulings.

In the Proposed Order, Plaintiffs state as follows: "Plaintiffs continue to maintain

that sufficient evidence remains to permit Plaintiffs to proceed to trial despite this Court's

June 13, 2011 Order (See [ECF No. 1194]), however, the Court has not rendered an

opinion or order in this regard." Procter & Gamble recognizes that with this language

included, the Proposed Order may not meet the Court's requirement that the parties

submit a proposed order in support of the entry of a dismissal with prejudice and final

US_ACTIVE:\43745308\01\68374.0035

judgment that preserves Plaintiffs' right to appeal. Moreover, Procter & Gamble has maintained that Plaintiffs' insistence that they may proceed to trial as they have argued is contrary to applicable law and therefore unnecessary and a waste of judicial resources. The parties have met and conferred and Procter & Gamble does not believe this language is necessary, but the Plaintiffs believe it is. Procter & Gamble continues to believe that to the extent this is a proffer of testimony, the same would be inadmissible as a matter of law.

To the degree the Court believes the Proposed Order is sufficiently final in nature to enable the Plaintiffs to appeal the rulings of the Court, Procter & Gamble is willing to accept the Proposed Order as submitted. To the degree the Court deems the Proposed Order unacceptable, and Plaintiffs do not agree to submit an acceptable proposed order, Procter & Gamble renews its request for the opportunity to address this remaining issue through immediate summary judgment briefs. In that event, Procter & Gamble requests the setting of a briefing schedule for summary judgment that would grant Procter & Gamble ten days to file its initial motion. Procter & Gamble is prepared to waive any right to oral argument on that motion.

BY: /s/ Andres F. Alonso

ANDRES F. ALONSO
aalonso@yourlawyer.com
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, NY 11050-4647
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Attorney for Plaintiffs

By: /s/ Frank C. Woodside, III

FRANK C. WOODSIDE
frank.woodside@dinslaw.com
MARY-JO PULLEN
maryjo.pullen@dinslaw.com
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 977-8622
Facsimile: (513) 977-8141
Attorneys for Defendants

Case 1:09-md-02051-CMA Document 1262 Entered on FLSD Docket 06/23/2011 Page 3 of 3

BY: /s/ Eric T. Chaffin                      BY: /s/ Edward Soto

ERIC T. CHAFFIN
chaffin@chaffinluhana.com
Chaffin Luhana LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4460
Facsimile: (888) 499-1123
Attorney for Plaintiffs

EDWARD SOTO
(Fla. Bar No. 0265144)
edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave., Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Attorney for Defendants