# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 09 md 2051 - CMA

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

Jan. 24, 2013

Clerk of Courts
Judge Cecilia M Altonaga
Wilkie D. Ferguson Courthouse
United States Courthouse
400 N. Miami Avenue
Miami, Fla., 33128

09-2051-MD
09 MD 2051 - CMA

FILED by ___ D.C.
JAN 28 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

—— I have been in touch with the Representative Law Firm of Proctor and Gamble, Weil, Gotshal, Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, Florida, 33131, to expediciously settle my lawsuit against Proctor and Gamble, Fixodent, with no results thusfar from them, so I am writing you to let you know about this, and if the Court would then Grant my Motion before the Court and assess Damages of $125,000.00 dollars for the Reasons set forth in Motion, and up and coming Review dates of Feb. 11, 2013, March 4, 2013, April 4, 2013, May 6, 2013, May 20th, 2013, and would also like you to know of my address change-to - Michael Ferdik, 1566 Sherwood Street, Apartment #6, Las Vegas, NV, 89109. Thanks You Very Much - Michael Ferdik

Michael Ferdik
2566 Sherwood - Apt
Las Vegas, NV, 89109

USMS INSPECTED

LAS VEGAS NV 890
22 JAN 2013 PM 5 L
RECEIVED

Clerk of Courts (CO)
Judge Cecilia M. Altonaga
Wilkie D. Ferguson Courth
United States Courthouse
400 N. Miami Avenue
Miami, Fla. 3312