# EXHIBIT 69

NIH Public Access
Author Manuscript

Published in final edited form as:
*J Clin Epidemiol*. 2007 September ; 60(9): 911–918.

# Observed Association between Antidepressant Use and Pneumonia Risk Was Confounded by Comorbidity Measures

Sean Hennessy, PharmD, Phd[1,2,3], Warren B. Bilker, Phd[1,2,3], Charles E. Leonard, PharmD[1,2,3], Jesse Chittams, MS[1,2,3], Cristin M. Palumbo, MPH[1,2,3], Jason H. Karlawish, MD[1,4], Yu-Xiao Yang, MD, MSCE[1,3,4], Ebbing Lautenbach, MD, MPH, MSCE[1,2,3,4], William B. Baine, MD[5], and Joshua P. Metlay, MD, PhD[1,2,3,4,6]

1 *Center for Clinical Epidemiology and Biostatistics, University of Pennsylvania School of Medicine, Philadelphia, PA*

2 *Developing Evidence to Inform Decisions about Effectiveness (DEcIDE) Center, University of Pennsylvania School of Medicine, Philadelphia, PA*

3 *Center for Education and Research on Therapeutics, University of Pennsylvania School of Medicine, Philadelphia, PA*

4 *Department of Medicine, University of Pennsylvania School of Medicine, Philadelphia, PA*

5 *Center for Outcomes and Evidence, Agency for Healthcare Research and Quality, US Department of Health and Human Services, Rockville, MD*

6 *Department of Veterans Affairs, Philadelphia, PA*

## Abstract

**Objective**—A prior study suggested that antidepressants might increase the risk of hospitalization for pneumonia in the elderly. This study sought to confirm or refute this hypothesis.

**Study Design and Setting**—Case-control study of persons age 65 and above nested in the UK General Practice Research Database.

**Results**—We identified 12,044 cases of the hospitalization for pneumonia (the primary outcome) and 48,176 controls. The odds ratio (OR) for any antidepressant use, adjusting for age, sex, and calendar year was 1.61 (95% confidence interval 1.46 to 1.78). After further adjustment for comorbidity measures, the OR was 0.89 (0.79 to 1.00). We also identified 159 cases of hospitalization for aspiration pneumonia (the secondary outcome) and 636 controls. The OR for any antidepressant use, adjusted for age, sex, and calendar year was 1.45 (0.65 to 3.24). After further adjustment for comorbidity measures, the OR was 0.63 (0.23 to 1.71).

**Conclusion**—These findings refute the prior hypothesis that use of antidepressants by elderly patients increases the risk of hospitalization for pneumonia or for aspiration pneumonia. Decisions regarding use of antidepressants in elderly persons should not be affected by concern about pneumonia risk. Data-derived hypotheses should be independently confirmed before being acted upon.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

Identifiable information on which this report, presentation, or other form of disclosure is based, is confidential and protected by federal law, section 903(c) of the Public Health Service Act, 42 U.S.C. 299a-1(c). Any identifiable information that is knowingly disclosed is disclosed solely for the purpose for which it has been supplied. No identifiable information about any individual supplying the information or described in it will be knowingly disclosed except with the prior consent of that individual.

**Keywords**

aged; antidepressive agents; pneumonia; pneumonia, aspiration; pharmacoepidemiology

# 1. Introduction

Pneumonia is a major cause of morbidity and mortality in the elderly. Together with influenza, pneumonia constitutes the fifth leading cause of death in those age 65 years and older in the US, behind heart disease, cancer, stroke, and chronic lower respiratory diseases [1]. The incidence of hospitalization for pneumonia for those age 65 years and older in the US increased by 20% from 1988 to 2002 [2]. One major etiologic factor for pneumonia in the elderly is aspiration of oropharyngeal contents [3,4]. Although the clinical diagnosis of aspiration as a cause of pneumonia is often uncertain [4,5], the incidence of hospitalization for diagnosed aspiration pneumonia in US elderly nearly doubled between 1991 and 1998 [6].

A recent study undertaken to identify possible signals of iatrogenic illness in the elderly found that hospitalization for aspiration pneumonia was three times as likely to occur in the ninety-day period following a hospitalization for depression as in the ninety-day period preceding a hospitalization for depression [7], leading to the hypothesis that antidepressant drugs may increase the risk of aspiration pneumonia. If true, such an effect could have major therapeutic implications for the treatment of elderly depressed patients, since the benefit of pharmacotherapy would need to be weighed against the risk of aspiration pneumonia, a serious outcome. However, this prior study was limited in that it identified diagnoses occurring disproportionately after vs. before hospitalizations for depression in order to identify potential signals. It did not measure exposure to antidepressants or attempt to control for patient factors that may change over time.

The objective of this study was to evaluate the hypothesis that antidepressant use in the elderly is associated with hospitalization for pneumonia (our primary aim) or hospitalization for aspiration pneumonia or pneumonitis (our secondary aim).

# 2. Subjects and methods

## 2.1. Overview and study population

We performed an observational case-control study nested within the General Practice Research Database (GPRD) from the UK. GPRD data constitute the primary outpatient electronic medical records from approximately two thousand general practitioners (GPs) in the UK. Within the UK, approximately 98% of the population is registered with a GP, and virtually all patient care is coordinated by the GP through the National Health Service. The database is broadly representative of the UK population in terms of age, sex, and geography. More than 500 published epidemiologic studies have been performed using this database. The GPRD records outpatient prescriptions, outpatient diagnoses, and hospital diagnoses that are entered in response to receipt of a consultant's letter or discharge summary [8]. We used GPRD data entered from its establishment in 1987 through April 2002, and included only data classified as "up-to-standard" for identifying exposures and outcomes [8].

## 2.2 Study base

The person-time eligible for inclusion in this nested case-control study (i.e., the study base within which the case-control study was nested) was all up-to-standard person-time occurring in individuals age 65 years and above with at least six months of prior up-to-standard follow-up in whom no instance of the study outcome had yet occurred. We required at least six months

of data prior to study eligibility to ensure an adequate period in which to measure baseline variables. Cases and controls were sampled from this study base using incidence density sampling, as described below, which results in odds ratios (ORs) that are interpretable as incidence rate ratios [9].

### 2.3 Identification of cases

Cases of the primary outcome consisted of all individuals who were hospitalized with pneumonia at any time following the six month anniversary date of that person's up-to-standard entry date. Cases of the secondary outcome consisted of persons who were hospitalized with aspiration pneumonia or aspiration pneumonitis at any time following the six month anniversary date of that person's up-to-standard entry date. The index date for cases was the date of the case event. For persons with more than one case event, we included only the first event. Diagnostic codes for the study outcomes are listed in the Appendix.

### 2.4 Identification of controls

For each case, we randomly selected four controls from the same GP practice using incidence density sampling [9] based on amount of time in the study base. In particular, potential controls were persons who contributed person-time to the study base (defined above), who had not yet experienced the relevant study outcome before the corresponding case's event, assessed with respect to entry into the study base. The index date for controls was defined as the date of entry into the study base plus the number of days of event-free follow-up contributed by the corresponding case. This is analogous to time-to-event analyses of cohort studies, and ensures the interpretability of the resulting odds ratios as incidence rate ratios [9].

### 2.5 Ascertainment of exposure

The principal exposure definition was a recorded prescription for any antidepressant medication in the thirty days preceding the index date. Prescriptions for chronically administered medications in the UK are issued in one-month increments. In order to obtain repeat prescriptions (i.e., prescription refills), patients must telephone or visit the GP office, which then issues and records a repeat prescription. To confirm the tendency to provide a one-month supply per prescription, we examined the frequency distribution of the number of days between subsequent prescriptions for commonly used antidepressants for the same patient. There was a very strong central tendency (i.e., mode and median) for repeat prescriptions to be issued approximately every thirty days (data not shown). In addition to considering exposure to any antidepressant, we also performed sub-analyses of the two major subclasses: cyclic agents (amitriptyline, amoxapine, butriptyline, clomipramine, desipramine, dibenzepin, dosulepin, doxepin, imipramine, iprindole, lofepramine, maprotiline, mianserin, mirtazapine, nortriptyline, opipramol, protriptyline, trimipramine) and selective serotonin uptake inhibitors and selective serotonin and norepinephrine inhibitors (SSRI/SSNRIs; citalopram, duloxetine, escitalopram, fluoxetine, fluvoxamine, paroxetine, sertraline, venlafaxine, zimeldine).

### 2.6 Ascertainment of potential confounding factors

Potential confounding factors were ascertained based on the index date. These are listed in Table 1 and Table 2, and included demographic factors, diagnoses ever recorded in the past (focusing on conditions previously implicated as risk factors for pneumonia, including chronic neurologic and pulmonary conditions [4]), drug prescribed ever in the past (as markers of disease), currently prescribed drugs (i.e., within the past thirty days), and measures of morbidity and health care utilization (e.g., number of non-antidepressant prescriptions in the prior thirty days, number of GP visits for non-depression diagnoses in the prior thirty days, number of hospitalizations in the prior six months).

Hennessy et al. Page 4

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

### 2.7 Statistical analysis

We first compared cases to controls with respect to antidepressant exposure and potential confounding factors. We next used conditional logistic regression to fit a "minimally adjusted" model that estimated the odd ratio (OR) for antidepressant use adjusting for age (expressed as a continuous variable), sex, and calendar year (to account for potential secular trends in pneumonia hospitalization and antidepressant use). We then examined each potential confounding factor individually using a change-in-estimate criterion [10]. In particular, we individually added each potential confounding factor to the minimally adjusted model. If any factor changed the OR of interest by ten percent or more, we considered it to be a confounding factor and retained it in the "change-in-estimate" adjusted model. We used this same strategy to examine the association with each antidepressant subclass. However, because of the small number of events of the secondary outcome (aspiration pneumonia), we were unable to examine associations for this outcome with specific antidepressant subclasses. We used SAS version 9.1 for all analyses.

The incidence of pneumonia is expected to peak during the winter months and decline during the summer, whereas antidepressant therapy might be prescribed year-round. We compared the seasonal distribution of hospitalization for pneumonia in patients with and without exposure to antidepressants using the method of Edwards [11]. This sums the vectors for the number of cases in each month extending from a common origin to the midpoints of twelve equal sectors of a circle from January (0 to 30°) through December (330 to 360°).

Based on pilot data, our *a priori* power calculations suggested that using a two-tailed α of 5%, we would have 85% statistical power to detect an OR for exposure to any antidepressant of 1.07 or higher for pneumonia hospitalization, and an OR of 1.5 or higher for hospitalization for aspiration pneumonia or pneumonitis [12].

## 3. Results

### 3.1. Primary outcome: hospitalization for pneumonia

We identified 12,044 cases of hospitalization for pneumonia. For each case, we identified four controls, for a total of 48,176 controls. Table 1 presents a comparison of cases and controls for the primary outcome. Cases were older than controls (median age 81 vs. 75), and had a substantially higher number of non-depression GP visits in the prior six months (average 2.8 vs. 0.8), hospital visits over the prior six months (mean 0.72 vs. 0.13), and number of non-antidepressant prescriptions in the prior month (mean 3.6 vs. 2.0). Most diagnoses, drugs prescribed ever in the past, and currently prescribed drugs examined were substantially more common among cases than controls (Table 1).

The OR (95% CI) for the association between pneumonia hospitalization and any antidepressant use, adjusted for age, sex, and calendar year (i.e., the minimally adjusted model) was 1.61 (1.46 to 1.78). However, when further adjusting for factors in Table 1 that changed the OR by ten percent or more (number of non-depression GP visits in the prior six months, ever past benzodiazepine prescription, and ever past antipsychotic prescription) the OR (95% CI) was 0.89 (0.79 to 1.00) (Table 1).

In the analysis of the major antidepressant subclasses, the ORs for cyclic antidepressants, SSRIs/SSNRIs, and other agents were similar to the corresponding OR for any antidepressant in baseline model (Table 1). The change-in-estimate adjusted ORs for cyclic agents and SSRI/SSNRIs were also similar to the corresponding OR for antidepressants as a whole (Table 1).

The seasonal vector of hospitalization for pneumonia in patients without prescriptions for antidepressants showed the expected pronounced wintertime peak (0.088 units at 27°, i.e., late

*J Clin Epidemiol*. Author manuscript; available in PMC 2008 September 1.

January). This vector was closely matched in both relative amplitude and direction (0.103 units at 23°) by that of hospitalization for pneumonia in patients who were receiving antidepressants (data not shown).

### 3.2 Secondary outcome: hospitalization for aspiration pneumonia or aspiration pneumonitis

We identified 159 cases of hospitalization for diagnosed aspiration pneumonia or pneumonitis, and 636 controls. Table 2 presents a comparison of cases and controls for the secondary outcome. The relationships of the factors presented in Table 2 with hospitalization for aspiration pneumonia or pneumonitis were similar to those seen for the primary outcome, although the confidence intervals are much wider in Table 2 because of the small number of events. The OR (95% CI) for any antidepressant use, adjusted for age, sex, and calendar year was 1.45 (0.65 to 3.24). When further adjusting for factors in Table 2 that changed the OR by ten percent or more (number of non-depression GP visits in the prior six months, ever past benzodiazepine prescription, and ever past antipsychotic prescription) the OR (95% CI) was 0.63 (0.23 to 1.71) (Table 2). There were not enough users of specific antidepressant subclasses with this outcome to analyze these subclasses separately.

## 4. Discussion

The purpose of this study was to further evaluate the hypothesis that antidepressants may increase the risk of hospitalization for aspiration pneumonia in the elderly [7]. This signal arose in the context of a systematic process to screen for iatrogenic factors that may lead to depression, and for complications of depression treatment. The positive association that we observed between antidepressants and pneumonia hospitalization, the primary outcome, before adjusting for clinical variables, is consistent with, but somewhat lower than (1.6 vs. 3.0) the earlier signal that hospitalization for aspiration pneumonia in the elderly is more common after than before a hospitalization for depression. In other words, pneumonia hospitalization does indeed seem to be more common in antidepressant users. However, the earlier study [7] screened administrative claims data with the goal of identifying a potential wide range of potential signals to be further tested, did not measure actual exposure to antidepressant drugs, and made no attempt to control for patient factors that may change over time. In contrast, the current study focused on examining a particular association, with an emphasis on controlling for confounding.

The results of this study are reassuring that, once comorbidity measures are taken into account, there is no evidence that antidepressants increase the risk of hospitalization for pneumonia in the elderly. This is true for the general class of antidepressants and specifically for cyclic agents and SSRIs/SSNRIs. This conclusion is reinforced by the observation that the occurrence of pneumonia in patients prescribed antidepressants did not deviate from the expected wintertime peak in incidence. In addition to following up a potential signal, and in the process providing reassurance about the safety of antidepressants with regard to pneumonia in the elderly, this study confirms earlier findings that increasing age and the presence of comorbidities are strongly associated with pneumonia [13–17].

This study has limitations. Although the GPRD is derived from the primary medical record, and diagnoses recorded in the GPRD are generally regarded as being of high quality [8], these study outcomes have not been specifically validated. However, misclassification of the outcome seems unlikely to be responsible for our negative findings because there was a positive association between antidepressants and pneumonia in the minimally adjusted analysis. In addition, we did confirm associations with pulmonary and neurologic conditions, and other factors that would be expected to be associated with pneumonia. Exposure misclassification could also have played a role, in that patients prescribed antidepressant drugs might not take them, which could have tended to produce bias toward the null. However, exposure

misclassification would have resulted in bias toward the null in both the unadjusted and adjusted analyses. Because of the large number of cases of hospitalization for depression, and the narrow CIs for this effect estimate, type-2 error is unlikely to have played a prominent role in the primary outcome. However, as we recognized at the outset, type-2 error is more of a concern for the secondary outcome.

In conclusion, we performed a controlled epidemiologic study to follow up on a prior data-derived hypothesis that, if true, could have had important therapeutic implications for elderly patients with depression. Although there was indeed an unadjusted association between antidepressant medication use and pneumonia hospitalization, the observed association appeared to be due to confounding by measured co-morbidity measures. This reinforces the need to independently confirm data-derived hypotheses before acting on them.

### Acknowledgements

This project was funded under Contract No. HHSA290200500411 from the Agency for Healthcare Research and Quality, US Department of Health and Human Services. Dr. Hennessy is supported by the National Institute on Aging (K23AG000987), and Dr. Yang is supported by the National Institute of Diabetes and Kidney Diseases (K08DK062978). The authors of this report are responsible for its content. Statements in the report should not be construed as endorsement by the Agency for Healthcare Research and Quality or the US Department of Health and Human Services. The authors acknowledge Maximilian Herlim for his statistical programming.

# Appendix

Codes used to identify community-acquired Pneumonia.

| Code | Description |
| --- | --- |
| AyuKA00 | KLEBSIELLA PNEUMONIAE/CAUSE/DISEASE CLASSIFD/OTH CHAPTERS |
| AyuK900 | MYCOPLASMA PNEUMONIAE [PPLO]CAUSE/DIS CLASSIFD/OTH CHAPTR |
| Hyu0A00 | OTHER BACTERIAL PNEUMONIA |
| Hyu0H00 | OTHER PNEUMONIA, ORGANISM UNSPECIFIED |
| Hyu0900 | PNEUMONIA DUE TO OTHER AEROBIC GRAM-NEGATIVE BACTERIA |
| Hyu0B00 | PNEUMONIA DUE TO OTHER SPECIFIED INFECTIOUS ORGANISMS |
| Hyu0C00 | PNEUMONIA IN BACTERIAL DISEASES CLASSIFIED ELSEWHERE |
| AyuK300 | STREPTOCOC PNEUMON/CAUSE/DISEASE CLASSIFIED/OTH CHAPTERS |
| H530300 | ABSCESS OF LUNG WITH PNEUMONIA |
| H470312 | ASPIRATION PNEUMONIA DUE TO VOMIT |
| H28..00 | ATYPICAL PNEUMONIA |
| H22z.00 | BACTERIAL PNEUMONIA NOS |
| H261.00 | BASAL PNEUMONIA DUE TO UNSPECIFIED ORGANISM |
| 485 | BRONCHOPNEUMONIA |
| H25..00 | BRONCHOPNEUMONIA DUE TO UNSPECIFIED ORGANISM |
| H270.11 | CHEST INFECTION - INFLUENZA WITH PNEUMONIA |
| H22..11 | CHEST INFECTION - OTHER BACTERIAL PNEUMONIA |
| H26..11 | CHEST INFECTION - PNEMONIA DUE TO UNSPECIFIED ORGANISM |
| H21..11 | CHEST INFECTION - PNEUMOCOCCAL PNEUMONIA |
| H23..11 | CHEST INFECTION - PNEUMONIA ORGANISM OS |
| H25..11 | CHEST INFECTION - UNSPECIFIED BRONCHOPNEUMONIA |
| H24..11 | CHEST INFECTION WITH INFECTIOUS DISEASE EC |
| H233.00 | CHLAMYDIAL PNEUMONIA |
| H22y011 | E.COLI PNEUMONIA |
| H540100 | HYPOSTATIC BRONCHOPNEUMONIA |
| H540000 | HYPOSTATIC PNEUMONIA |
| H56y100 | INTERSTITIAL PNEUMONIA |
| A3BXB00 | KLEBSIELLA PNEUMONIAE/CAUSE/DISEASE CLASSIFD/OTH CHAPTERS |
| H21..00 | LOBAR (PNEUMOCOCCAL) PNEUMONIA |
| 481 B | LOBAR PNEUMONIA |
| H260.00 | LOBAR PNEUMONIA DUE TO UNSPECIFIED ORGANISM |
| A3BXA00 | MYCOPLASMA PNEUMONIAE [PPLO] CAUSE/DIS CLASSIFD/OTH CHAPTR |
| SP13100 | OTHER ASPIRATION PNEUMONIA AS A COMPLICATION OF CARE |
| H22..00 | OTHER BACTERIAL PNEUMONIA |
| H2y..00 | OTHER SPECIFIED PNEUMONIA OR INFLUENZA |
| A3By400 | PLEUROPNEUMONIA-LIKE ORGANISM (PPLO) INFECTION |
| 486 | PNEUMONIA |
| H22y200 | PNEUMONIA - LEGIONELLA |
| 486 AP | PNEUMONIA ASPIRATION |
| 483 AT | PNEUMONIA ATYPICAL |
| 481 BA | PNEUMONIA BASAL |

NIH-PA Author Manuscript    NIH-PA Author Manuscript    NIH-PA Author Manuscript

| Codes used to identify community-acquired Pneumonia. | |
|---|---|
| Code | Description |
| 486 CA | PNEUMONIA COLD AGGLUTININ POSITIVE |
| H22yz00 | PNEUMONIA DUE TO BACTERIA NOS |
| H230.00 | PNEUMONIA DUE TO EATON'S AGENT |
| H22y000 | PNEUMONIA DUE TO ESCHERICHIA COLI |
| H222.11 | PNEUMONIA DUE TO HAEMOPHILUS INFLUENZAE |
| H222.00 | PNEUMONIA DUE TO HAEMOPHILUS INFLUENZAE |
| H220.00 | PNEUMONIA DUE TO KLEBSIELLA PNEUMONIAE |
| H231.00 | PNEUMONIA DUE TO MYCOPLASMA PNEUMONIAE |
| H22yX00 | PNEUMONIA DUE TO OTHER AEROBIC GRAM-NEGATIVE BACTERIA |
| H22y.00 | PNEUMONIA DUE TO OTHER SPECIFIED BACTERIA |
| H23..00 | PNEUMONIA DUE TO OTHER SPECIFIED ORGANISMS |
| H232.00 | PNEUMONIA DUE TO PLEUROPNEUMONIA LIKE ORGANISMS |
| H22y100 | PNEUMONIA DUE TO PROTEUS |
| H221.00 | PNEUMONIA DUE TO PSEUDOMONAS |
| H23z.00 | PNEUMONIA DUE TO SPECIFIED ORGANISM NOS |
| H224.00 | PNEUMONIA DUE TO STAPHYLOCOCCUS |
| H223.00 | PNEUMONIA DUE TO STREPTOCOCCUS |
| H223000 | PNEUMONIA DUE TO STREPTOCOCCUS, GROUP B |
| H26..00 | PNEUMONIA DUE TO UNSPECIFIED ORGANISM |
| 483 E | PNEUMONIA EATON'S AGENT |
| 514 HP | PNEUMONIA HYPOSTATIC |
| 4820K | PNEUMONIA KLEBSIELLA |
| 483 M | PNEUMONIA MYCOPLASMAL |
| 7789AP | PNEUMONIA NEWBORN ASPIRATION |
| H2z..00 | PNEUMONIA OR INFLUENZA NOS |
| 481 A | PNEUMONIA PNEUMOCOCCAL |
| 483 AP | PNEUMONIA PRIMARY ATYPICAL |
| 4823 | PNEUMONIA STAPHYLOCOCCAL |
| H24..00 | PNEUMONIA WITH INFECTIOUS DISEASES EC |
| H24z.00 | PNEUMONIA WITH INFECTIOUS DISEASES EC NOS |
| H24y.00 | PNEUMONIA WITH OTHER INFECTIOUS DISEASES EC |
| H24yz00 | PNEUMONIA WITH OTHER INFECTIOUS DISEASES EC NOS |
| H243.11 | PNEUMONIA WITH PERTUSSIS |
| H24y400 | PNEUMONIA WITH SALMONELLOSIS |
| H243.00 | PNEUMONIA WITH WHOOPING COUGH |
| A022200 | SALMONELLA PNEUMONIA |
| A3BX400 | STREPTOCOC PNEUMON/CAUSE/DISEASE CLASSIFIED/OTH CHAPTERS |
| Codes used to identify community-acquired aspiration pneumonia or pneumonitis | |
| Code | Description |
| Hyu4700 | [X]PNEUMONITIS DUE TO INHALATION OF OTHER SOLIDS AND LIQUIDS |
| H470312 | ASPIRATION PNEUMONIA DUE TO VOMIT |
| H47..11 | ASPIRATION PNEUMONITIS |
| SP13100 | OTHER ASPIRATION PNEUMONIA AS A COMPLICATION OF CARE |
| 486 AP | PNEUMONIA ASPIRATION |
| H470.00 | PNEUMONITIS DUE TO INHALATION OF FOOD OR VOMITUS |
| H470z00 | PNEUMONITIS DUE TO INHALATION OF FOOD OR VOMITUS NOS |
| H470100 | PNEUMONITIS DUE TO INHALATION OF GASTRIC SECRETIONS |
| H47y.00 | PNEUMONITIS DUE TO INHALATION OF OTHER SOLID OR LIQUID |
| H470000 | PNEUMONITIS DUE TO INHALATION OF REGURGITATED FOOD |
| H47z.00 | PNEUMONITIS DUE TO INHALATION OF SOLID OR LIQUID NOS [Same |
| H47yz00 | PNEUMONITIS DUE TO INHALATION OF SOLID OR LIQUID NOS OK?] |
| H47..00 | PNEUMONITIS DUE TO INHALATION OF SOLIDS OR LIQUIDS |
| H470300 | PNEUMONITIS DUE TO INHALATION OF VOMITUS |
| H470311 | VOMIT INHALATION PNEUMONITIS |

# References

1. Gorina, Y.; Hoyert, D.; Lentzner, H.; Goulding, M. Aging Trends, No 6. Hyattsville, MD: National Center for Health Statistics; 2006. Trends in causes of death among older persons in the United States.
2. Fry AM, Shay DK, Holman RC, Curns AT, Anderson LJ, Fry AM, et al. Trends in hospitalizations for pneumonia among persons aged 65 years or older in the United States, 1988–2002. Chest 2005;294:2712–2719.
3. Yamaya M, Yanai M, Ohrui T, Arai H, Sasaki H, Yamaya M, et al. Interventions to prevent pneumonia among older adults. J Am Geriatr Soc 2001;49:85–90. [PubMed: 11207848]
4. Marik PE, Kaplan D. Aspiration pneumonia and dysphagia in the elderly. Chest 2003;124:328–336. [PubMed: 12853541]

Hennessy et al.

Page 8

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

5. Marik PE. Aspiration pneumonitis and aspiration pneumonia. N Engl J Med 2001;344:665–671. [PubMed: 11228282]
6. Baine WB, Yu W, Summe JP. Epidemiologic trends in the hospitalization of elderly Medicare patients for pneumonia, 1991–1998. Am J Public Health 2001;91:1121–1123. [PubMed: 11441742]
7. Baine WB, Kazakova SV. An analysis of administrative data found that proximate clinical event ratios provided a systematic approach to identifying possible iatrogenic risk factors or complications. J Clin Epidemiol 2005;58:162–170. [PubMed: 15680750]
8. Garcia Rodriguez LA, Perez GS. Use of the UK General Practice Research Database for pharmacoepidemiology. Br J Clin Pharmacol 1998;45:419–425. [PubMed: 9643612]
9. Flanders WD, Louv WC. The exposure odds ratio in nested case-control studies with competing risks. Am J Epidemiol 1986;124:684–692. [PubMed: 3752062]
10. Mickey RM, Greenland S. The impact of confounder selection criteria on effect estimation. Am J Epidemiol 1989;129:125–137. [PubMed: 2910056]
11. Edwards JH. The recognition and estimation of cyclic trends. Annals of Human Genetics 1961;25:83–86. [PubMed: 13725808]
12. Dupont WD, Plummer WD Jr. Power and sample size calculations. A review and computer program. Control Clin Trials 1990;11:116–128. [PubMed: 2161310]
13. Almirall J, Bolibar I, Balanzo X, Gonzalez CA, Almirall J, Bolibar I, et al. Risk factors for community-acquired pneumonia in adults: a population-based case-control study. Eur Respir J 1999;13:349–355. [PubMed: 10065680]
14. Farr BM, Bartlett CL, Wadsworth J, Miller DL, Farr BM, Bartlett CL, et al. Risk factors for community-acquired pneumonia diagnosed upon hospital admission. British Thoracic Society Pneumonia Study Group. Respir Med 2000;94:954–963. [PubMed: 11059948]
15. Farr BM, Woodhead MA, Macfarlane JT, Bartlett CL, McCraken JS, Wadsworth J, et al. Risk factors for community-acquired pneumonia diagnosed by general practitioners in the community. Respir Med 2000;94:422–427. [PubMed: 10868703]
16. Laheij RJ, Sturkenboom MC, Hassing RJ, Dieleman J, Stricker BH, Jansen JB, et al. Risk of community-acquired pneumonia and use of gastric acid-suppressive drugs. Chest 2004;292:1955–1960.
17. Langmore SE, Skarupski KA, Park PS, Fries BE, Langmore SE, Skarupski KA, et al. Predictors of aspiration pneumonia in nursing home residents. Dysphagia 2002;17:298–307. [PubMed: 12355145]

Hennessy et al.                                                                                             Page 9

## Table 1.
### Characteristics of cases and controls of hospitalization for pneumonia

| | Cases (N = 12,044) | Controls (N = 48,176) | | |
|---|---|---|---|---|
| median age in years (interquartile range) | 81 (74 to 86) | 75 (70 to 81) | | |
| mean (SD) number of GP non-depression visits in prior six months | 2.8 (3.1) | 0.8 (1.6) | | |
| mean (SD) number of non-antidepressant prescriptions in prior month | 3.6 (4.1) | 2.0 (2.9) | | |
| mean (SD) number of hospital visits over prior six months | 0.72 (1.13) | 0.13 (0.49) | | |
| | N (%) | N (%) | Minimally adjusted OR (95% CI)* | Change-in-estimate adjusted OR (95% CI)† |
| male sex | 5836 (48.5) | 18484 (40.4) | 1.71 (1.63 to 1.78) | |
| alcohol use | 2882 (23.9) | 15846 (32.9) | 0.71 (0.68 to 0.75) | |
| current smoking | 3079 (25.6) | 10915 (22.7) | 1.57 (1.49 to 1.65) | |
| diagnoses ever in past | | | | |
| Anterior horn motor neuron disease | 30 (0.3) | 20 (0.04) | 7.29 (3.95 to 13.47) | |
| Anxiety | 1433 (11.9) | 5099 (10.6) | 1.30 (1.22 to 1.39) | |
| bipolar disorder | 33 (0.3) | 76 (0.2) | 2.50 (1.61 to 3.88) | |
| Chronic obstructive pulmonary disease | 2436 (20.2) | 2992 (6.2) | 3.92 (3.67 to 4.18) | |
| cerebrovascular disease | 2096 (17.4) | 3829 (8.0) | 2.04 (1.91 to 2.17) | |
| depression | 2438 (20.2) | 6730 (14.0) | 1.75 (1.65 to 1.86) | |
| dysphagia | 454 (3.8) | 881 (1.8) | 2.10 (1.85 to 2.38) | |
| Herpetic neuralgia / herpes zoster | 916 (7.6) | 3243 (6.7) | 1.15 (1.06 to 1.25) | |
| insomnia | 2712 (22.5) | 7083 (14.7) | 1.55 (1.46 to 1.63) | |
| Parkinson's disease | 220 (1.8) | 355 (0.7) | 1.82 (1.52 to 2.19) | |
| poor nutritional status | 120 (1.0) | 153 (0.3) | 2.84 (2.18 to 3.70) | |
| schizophrenic disorders | 64 (0.5) | 220 (0.5) | 1.49 (1.11 to 2.00) | |
| senile dementia | 536 (4.5) | 636 (1.3) | 2.24 (1.97 to 2.54) | |
| Suicidal ideation | 7 (0.1) | 19 (0.0) | 1.98 (0.78 to 5.07) | |
| drugs prescribed ever in past | | | | |
| anti-parkinsonian | 551 (4.6) | 842 (1.8) | 2.24 (1.99 to 2.53) | |
| antipsychotic | 3394 (28.2) | 9233 (19.2) | 1.59 (1.51 to 1.67) | |
| barbiturate | 97 (0.8) | 208 (0.4) | 1.73 (1.33 to 2.24) | |
| benzodiazepine | 3974 (33.0) | 10300 (21.4) | 1.79 (1.71 to 1.88) | |
| histamine H-2 receptor antagonist | 2844 (23.6) | 8162 (16.9) | 1.60 (1.51 to 1.68) | |
| mood stabilizer | 49 (0.4) | 131 (0.3) | 1.91 (1.35 to 2.71) | |
| Opiate | 2760 (22.9) | 7072 (14.7) | 1.93 (1.83 to 2.04) | |
| proton pump inhibitor | 1251 (10.4) | 3584 (7.4) | 1.68 (1.56 to 1.81) | |
| currently prescribed drugs | | | | |
| antidepressant | 687 (5.7) | 1643 (3.4) | 1.61 (1.46 to 1.78) | 0.89 (0.79 to 1.00)‡ |
| cyclic | 487 (4.04) | 1198 (2.49) | 1.57 (1.40 to 1.77) | 0.92 (0.80 to 1.05)§ |
| SSRI/SSNRI | 183 (1.52) | 399 (0.83) | 1.65 (1.36 to 1.99) | 0.86 (0.69 to 1.07)§ |
| anti-parkinsonian | 215 (1.8) | 430 (0.9) | 1.61 (1.35 to 1.92) | |
| antipsychotic | 736 (6.1) | 1290 (2.7) | 1.82 (1.64 to 2.02) | |
| barbiturate | 46 (0.4) | 102 (0.2) | 1.64 (1.13 to 2.38) | |
| benzodiazepine | 1377 (11.4) | 3265 (6.8) | 1.55 (1.44 to 1.67) | |
| histamine H-2 receptor antagonist | 651 (5.4) | 1749 (3.6) | 1.37 (1.25 to 1.52) | |
| mood stabilizer | 17 (0.1) | 60 (0.1) | 1.19 (0.68 to 2.09) | |
| opiate | 576 (4.8) | 740 (1.5) | 3.29 (2.91 to 3.71) | |
| proton pump inhibitor | 437 (3.6) | 1104 (2.3) | 1.76 (1.55 to 1.99) | |

*Adjusted for age, sex, calendar year, and current use of an antidepressant drug

†Adjusted for age, sex, calendar year, and any factor in Table 1 that changed the OR for exposure by ten percent or more.

‡Adjusted for age, sex, calendar year, number of non-depression GP visits in the prior six months, ever past benzodiazepine prescription, and ever past antipsychotic prescription

§Adjusted for age, sex, calendar year, number of non-depression GP visits in prior six months, number of non-antidepressant prescriptions in the prior month, ever past benzodiazepine prescription, and ever past antipsychotic prescription

*J Clin Epidemiol*. Author manuscript; available in PMC 2008 September 1.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

SD denotes standard deviation

GP denotes general practitioner

OR denotes matched odds ratio

CI denotes confidence interval

SSRI/SSNRI denotes selective serotonin reuptake inhibitor / selective serotonin and norepinephrine reuptake inhibitor

Hennessy et al. Page 11

**Table 2.**
Characteristics of cases and controls of hospitalization for aspiration pneumonia or aspiration pneumonitis

| | Cases (N = 159) | Controls (N = 636) | Minimally Adjusted OR (95% CI)[*] | Change-in-estimate adjusted OR (95% CI)[†] |
|---|---|---|---|---|
| median age in years (interquartile range) | 80 (75 to 86) | 77 (72 to 82) | | |
| mean (SD) number of GP non-depression visits in prior six months | 3.16 (3.03) | 0.84 (1.65) | | |
| mean (SD) number of non-antidepressant prescriptions in prior month | 4.09 (5.02) | 2.33 (3.20) | | |
| mean (SD) number of hospital visits over prior six months | 1.09 (1.38) | 0.15 (0.61) | | |
| | N (%) | N (%) | | |
| male sex | 84 (52.8) | 211 (36.0) | 2.57 (1.72 to 3.84) | |
| alcohol use | 44 (27.7) | 204 (32.1) | 0.70 (0.44 to 1.11) | |
| smoking | 40 (25.2) | 146 (23.0) | 1.22 (0.76 to 1.97) | |
| diagnoses ever in past | | | | |
| anterior horn motor neuron disease | 4 (2.5) | 0 (0.0) | inestimable | |
| anxiety | 22 (13.8) | 77 (12.1) | 1.43 (0.82 to 2.48) | |
| bipolar disorder | 0 (0.0) | 2 (.03) | inestimable | |
| chronic obstructive pulmonary disease | 29 (18.2) | 47 (7.4) | 2.91 (1.66 to 5.09) | |
| cerebrovascular disease | 65 (40.9) | 69 (10.9) | 5.64 (3.51 to 9.05) | |
| depression | 35 (22.0) | 101 (15.9) | 1.74 (1.03 to 2.95) | |
| dysphagia | 27 (17.0) | 8 (1.3) | 23.11 (8.30 to 64.36) | |
| herpetic neuralgia / herpes zoster | 17 (10.7) | 49 (7.7) | 1.77 (0.93 to 3.37) | |
| insomnia | 35 (22.0) | 126 (19.8) | 1.27 (0.78 to 2.08) | |
| Parkinson's disease | 6 (3.8) | 4 (0.6) | 6.91 (1.69 to 28.3) | |
| poor nutritional status | 7 (4.4) | 2 (0.3) | 13.92 (2.67 to 72.69) | |
| schizophrenic disorders | 2 (1.3) | 1 (0.2) | 30.42 (2.19 to 423.2) | |
| senile dementia | 11 (6.9) | 9 (1.4) | 3.39 (1.26 to 9.10) | |
| suicidal ideation | 1 (0.6) | 1 (0.2) | 10.01 (0.49 to 205.8) | |
| drugs prescribed ever in past | | | | |
| antipsychotic | 57 (35.9) | 141 (22.2) | 2.04 (1.33 to 3.14) | |
| anti-parkinsonian | 15 (9.4) | 6 (0.9) | 10.81 (3.72 to 31.42) | |
| barbiturate | 2 (1.3) | 6 (0.9) | 2.32 (0.39 to 13.95) | |
| benzodiazepine | 54 (34.0) | 163 (25.6) | 1.91 (1.25 to 2.93) | |
| histamine H-2 receptor antagonist | 45 (28.3) | 131 (20.6) | 1.56 (1.02 to 2.39) | |
| mood stabilizer | 4 (2.5) | 2 (0.3) | 4.56 (0.74 to 28.24) | |
| opiate | 39 (24.5) | 116 (18.2) | 1.89 (1.18 to 3.03) | |
| proton pump inhibitor | 31 (19.5) | 57 (9.0) | 2.55 (1.48 to 4.38) | |
| currently prescribed drugs | | | | |
| antidepressant | 11 (6.9) | 28 (4.4) | 1.45 (0.65 to 3.24) | 0.63 (0.23 to 1.71)[‡] |
| cyclic | 6 (3.8) | 23 (3.6) | | |
| SSRI/SSNRI | 4 (2.5) | 5 (0.8) | | |
| antipsychotic | 12 (7.6) | 25 (3.9) | 1.43 (0.64 to 3.22) | |
| anti-parkinsonian | 5 (3.1) | 2 (0.3) | 6.16 (1.09 to 34.81) | |
| barbiturate | 1 (0.6) | 3 (0.5) | 3.07 (0.22 to 42.11) | |
| benzodiazepine | 12 (7.6) | 25 (3.9) | 0.88 (0.43 to 1.80) | |
| histamine H-2 receptor antagonist | 7 (4.4) | 25 (3.9) | 1.00 (0.39 to 2.54) | |
| mood stabilizer | 1 (0.6) | 0 (0.0) | inestimable | |
| opiate | 4 (2.5) | 18 (2.8) | 1.20 (0.37 to 3.87) | |
| proton pump inhibitor | 11 (6.9) | 14 (2.2) | 3.12 (1.24 to 7.85) | |

[*] Adjusted for age, sex, calendar year, and current use of an antidepressant drug

[†] Adjusted for age, sex, calendar year, and any factor in Table 1 that changed the OR for exposure by ten percent or more.

[‡] Adjusted for age, sex, calendar year, chronic obstructive pulmonary disease, dysphagia, senile dementia, ever past antipsychotic prescription, ever past benzodiazepine prescription, and current anti-parkinsonian agent

SD denotes standard deviation

GP denotes general practitioner

OR denotes matched odds ratio

CI denotes confidence interval

*J Clin Epidemiol*. Author manuscript; available in PMC 2008 September 1.

SSRI/SSNRI denotes selective serotonin reuptake inhibitor / selective serotonin and norepinephrine reuptake inhibitor

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript