IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-2051-MD-ALTONAGA

In re:

DENTURE CREAM PRODUCTS
LIABILITY LITIGATION
_____/

*This Document Relates to All Actions*

      Plaintiffs' Co-Lead Counsel, respectfully requests that this Honorable Court approve the reimbursement of the common benefit expenses submitted as Exhibit A to the Memorandum supporting this Motion. This Motion is supported by the accompanying Memorandum of Law.

      Respectfully submitted,

s/ Eric T. Chaffin
Eric T. Chaffin, Esq.
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, New York 10016
Telephone: (347) 269-4472
chaffin@chaffinluhana.com

Andres F. Alonso, Esq.
**ALONSO KRANGLE LLP**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Telephone: (516) 350-5555
aalonso@alonsokrangle.com

*Plaintiffs' Co-Lead Counsel*
*On behalf of the Plaintiffs' Steering Committee*

**CERTIFICATE OF SERVICE**

  IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served electronically on this 15th day of December, 2014, to all counsel of record through the courts electronic filing system.

                   s/ Eric T. Chaffin
                   Eric T. Chaffin, Esq.